**SKOLNICK LEGAL GROUP, P.C.**
Martin P. Skolnick, Esq.
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068
ph: (973) 403-0100
martin@skolnicklegalgroup.com
Local Counsel for Plaintiff

Devin Fok (SBN #256599)
devin@devinfoklaw.com
Ainat Kiewe (SBN #207439)
ainat@devinfoklaw.com
**DHF Law, PC**
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411
Fax: (818) 484-2023

Attorneys for Plaintiff
*Pro Hac Vice Application forth coming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ROBERT ROSS, as an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> CARCO GROUP INC., dba DRIVER IQ., and DOES 1-10 inclusive, <br><br> Defendant(s). | **Case No.:** <br><br> **COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL** |

-1-

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

# COMPLAINT

Plaintiff JOSEPH ROBERT ROSS (hereafter "Plaintiff") files his Complaint for Damages and Demand for a Jury Trial against Defendant CARCO GROUP INC., dba DRIVER IQ. and DOES 1-10 inclusive (hereinafter collectively as "Defendants"), and alleges as follows:

## NATURE OF THE ACTION

1. Defendant Carco Group Inc., is a software company that provides technology for fraud prevention, pre-insurance inspections, and vehicle monitoring.

2. Defendant Driver IQ is a consumer reporting agency that provides background screening services for the trucking industry.

3. On or about September 28, 2021, Defendant Carco Group Inc., (dba Driver IQ) provided a consumer report to Plaintiff's prospective employer, KLLM Transport Services, LLC.

4. In connection with Plaintiff's employment application, KLLM Transport Services, LLC offered conditional employment to Plaintiff on the basis that Plaintiff pass a background check.

5. The Report erroneously disclosed that Plaintiff had criminal records from North Carolina which did not belong to Plaintiff.

6. The Report disclosed criminal history information related to Case Number 20CRS055783 – Felony Possession of Firearm by Felon, 14CR050132 – Felony Possession Stolen Motor Vehicle, and 14CR050114 – Felony Breaking and/or Entering, all which were in Johnston, North Carolina.

7. The Reported cases do not belong to Plaintiff because there is no middle name and no address match for any of the three criminal records.

8. Due to the erroneous information being reported, Plaintiff filed a dispute.

9. After Plaintiff filed a dispute, Defendant furnished a second background report on or about October 13, 2021. Again, there was no middle name and no address match for any of the three criminal records.

10. Under the FRCA, specifically 15 USC § 1681e(b) Defendant was required to use reasonable procedures to ensure the maximum possible accuracy of the information it reported about Plaintiff to KLLM Transport Services, LLC. Failing to ensure an exact name match is a clear violation of this statute.

11. As a direct result of Defendant's failure to verify public records, Plaintiff was denied employment with KLLM Transport Services, LLC.

12. Defendant did not have defined processes to verify the accuracy of the public records information provided.

13. Plaintiff suffered, and continues to suffer actual damages and emotional distress as a result of the denial of employment.

14. Accordingly, Plaintiff seeks recovery for his actual damages, including loss of earnings, emotional distress, and damage to his reputation. Moreover, Plaintiff seeks statutory penalties, punitive damages, as well as attorney's fees and costs.

**THE PARTIES**

15. Plaintiff is an individual and resident of Cedar Lake, Indiana.

16. Defendant is a consumer reporting agency within the meaning of the FCRA, specifically 15 USC § 1681a(f).

17. Defendant Carco Group Inc. (dba as Driver IQ), is a software company whose headquarters are at 5000 Corporate Court, Suite 203, Holtsville, NY 11742.

18. Defendant Driver IQ is a consumer reporting agency providing background screening services for the trucking industry. They are headquartered at 4500 S. 129th East Ave., Suite 127 Tulsa, OK 74134.

19. Plaintiff is ignorant of the Defendants sued herein as DOES 1-10, inclusive, and therefore sues those Defendants by such capacities when such information is ascertained through discovery.

20. Plaintiff is informed and believes and thereon alleges that each of the DOES 1-10 Defendants is responsible in some manner for the occurrences herein alleged

-3-

and that Plaintiff's damages as herein alleged were proximately caused by such occurrences.

21. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants DOES 1-10, were principals or agents of each other and of the named Defendants and in doing the things alleged in this complaint, were acting in the scope of such agency and with the permission and consent of Defendants.

## FIRST CAUSE OF ACTION

### (Violation of 15 U.S.C. § 1681e(b))

21. Defendant willfully and/or recklessly violated 15 U.S.C. § 1681e(b) by disclosing inaccurate information, specifically Defendant failed to use reasonable procedures to ensure that the reported information belonged to Plaintiff.

22. The first requirement of identity matching within the background check industry is to ensure all criminal history reported belongs to client. As one of the nation's largest background screening companies, Defendant is well aware of this requirement.

23. Defendant's conduct was willful and/or reckless because it knew that its failure to ensure an accurate information in accordance with public records is insufficient to ensure maximum possible accuracy of the criminal history information reported.

24. Plaintiff is informed, and believes, and thereon alleges that Defendant failed to sufficiently conduct audits, reviews, or quality control of the information it reported.

25. Alternatively, Plaintiff alleges that Defendant's violations were negligent as Defendant did not utilize reasonable procedures to ensure the reported information about Plaintiff was accurate.

## SECOND CAUSE OF ACTION

### [Violation of 15 U.S.C. § 1681k(a)]

26. Plaintiff is informed and believes, and thereon alleges that Defendant willfully and/or recklessly failed to use strict procedures to ensure the reported

-4-

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

information is complete and up to date despite knowing that the erroneous public record was likely to have an adverse effect upon Plaintiff's ability to obtain employment in violation of 15 U.S.C. § 1681k(a).

27. Alternatively, Plaintiff alleges that Defendant's violations were negligent.

## THIRD CAUSE OF ACTION
### (Violation of 15 USC §1681g)

28. Plaintiff hereby incorporates by reference the allegations of each and every paragraph above.

29. Defendant willfully and/or recklessly violated the above referenced sections of the FCRA failing to provide Plaintiff with his full file. Specifically, Defendant failed to provide Plaintiff with a copy of his original erroneous background check report disclosing the source of the information.

30. Defendant's conduct was willful and/or reckless because it knew that its production of the full consumer report would result in meritorious litigation.

31. Alternatively, Plaintiff alleges that Defendant's violations were negligent.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For statutory, compensatory, special, general, and punitive damages according to proof and as applicable against all Defendants;
2. For interest upon such damages as permitted by law;
3. For an award of reasonable attorneys' fees provided by law under all applicable statutes;
4. For the costs of the lawsuit; and

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL

5. For such other orders of the Court and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby request and demand a jury trial on all issues triable by jury.

DATED: September 27, 2023

          **SKOLNICK LEGAL GROUP, P.C.**
          *Attorneys for Plaintiff*

          /s/ Martin P. Skolnick
          Martin P. Skolnick, Esq.
          103 Eisenhower Parkway, Suite 305
          Roseland, NJ 07068
          ph: (973) 403-0100
          martin@skolnicklegalgroup.com

By: _____
     DEVIN H. FOK ESQ.
     **DHF LAW, P.C.**
     Attorney for Plaintiff

*Pro Hac Vice Application forth coming*

-6-

COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL